

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,294-01

### EX PARTE DONNA G. KLOHN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1125306-A IN THE 185TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of attempting to obtain a controlled substance by prescription fraud and was sentenced to two years' imprisonment. She did not appeal her conviction.

Applicant contends, among other things, that there is no evidence that Naproxen is a controlled substance. The trial court made findings of fact and conclusions of law and recommended that we grant relief. We agree. Relief is granted. The judgment in cause number 1125306 in the

185th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 21, 2014
Do not publish